# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MOUNTAIN PORTFOLIO OWNER LA
8 LLC

VERSUS

GSS HOLDINGS LA, LLC,
SUKHRANJAN SINGH MULTANI,
AND ANY OCCUPANTS OF 12425
ST. HELENA STREET, CLINTON,
LA 70722

NO.  2025 CW 0255

**MARCH 13, 2025**

---

In Re:   SS Food Mart, LLC, applying for supervisory writs, 20th
Judicial District Court, Parish of East Feliciana, No.
47961.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**STAY DENIED; WRIT DENIED.**

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT